## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **SUNDEL QUILES, et al.,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**WAL-MART STORES, INC. d/b/a WALMART,**<br><br>*Defendant.* | **Civil Action No. 16-9479**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Named Plaintiffs Sundel Quiles's ("Quiles"), Victoria J. Martin's ("Martin"), James M. Shea's ("Shea"), Angela Cox's ("Cox"), and George J. Bray, Jr.'s ("Bray," or together with Quiles, Martin, Shea, and Cox, "Plaintiffs") Motion for Class Certification, ECF No. 95;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 23rd day of April, 2020;

**ORDERED** that Plaintiffs' request to certify the proposed classes is **DENIED**.

*/s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**UNITED STATES DISTRICT JUDGE**